IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

UNITED STATES OF AMERICA, :
:
:
v. : CRIMINAL NO. 3:25-MJ-31-CHW
:
RAUL PEREZ-MONDRAGON, :
:
Defendant. :

ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that Case No. 3:25-MJ-31, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 3:25-MJ-31 be unsealed.

SO ORDERED, this 7th day of October, 2026.

CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF GEORGIA

Presented by:
*s/ Michael Morrison*
MICHAEL MORRISON
Assistant United States Attorney
Georgia Bar No. 153001